1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRIAN HOGUE,                                No.  2:17-cv-434-EFB P

12                  Plaintiff,

13         v.                                     ORDER

14    SACRAMENTO POLICE
      DEPARTMENT,
15
                  Defendant.
16

17

18         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

19    U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed in forma pauperis

20    pursuant to 28 U.S.C. § 1915(a)(1).  He has not, however, submitted a certified trust account

21    statement.

22         Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment

23    of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall

24    submit a certified copy of the trust fund account statement (or institutional equivalent) for the

25    prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained

26    from the appropriate official of each prison at which the prisoner is or was confined."  Plaintiff

27    has not submitted a certified copy of his trust account statement or the institutional equivalent.

28    /////

                                                  1

1      Accordingly, plaintiff has 30 days from the date this order is served to submit the required

2  trust account statement.  Failure to comply with this order may result in dismissal of this case.

3      So ordered.

4  Dated:  March 6, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28