UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOGUE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SACRAMENTO POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0434-MCE-EFB P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On July 30, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 21. Neither party has filed objections to the findings and recommendations.

　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1. The findings and recommendations filed July 30, 2019 (ECF No. 21), are ADOPTED IN FULL;

2. Defendants' motion to dismiss (ECF No. 17) is GRANTED; and

3. Plaintiff's claim that his Fourth Amendment rights were violated by unreasonable search and seizure and his state law negligence claim are DISMISSED without prejudice as to defendant City of Sacramento.

IT IS SO ORDERED.

Dated: September 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE